UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 2:18-CV-14250-ROSENBERG/MAYNARD

JACOB EICHENBAUM,

    Plaintiff,

v.

INDIAN RIVER MEDICAL CENTER,

    Defendant.
_____/

**AMENDED MEDIATOR'S REPORT**

    This matter was mediated before the undersigned mediator on October 8, 2018. The Parties were able to reach an agreement and the case settled. The Parties will file the appropriate dismissal paperwork.

    *s/Robyn S. Hankins*_____
Robyn S. Hankins, Esq.
Florida Bar No. 0008699
ROBYN S. HANKINS, P.L.
4600 Military Trail, Suite 217
Jupiter, Florida 33458
Telephone:  (561) 721- 3890
Facsimile:  (561) 721-3889
robyn@hankins-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2018, I electronically filed the Foregoing Document with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the persons on the service list.

By:   /s Robyn S. Hankins
Robyn S. Hankins
Florida Bar No. 0008699
robyn@hankins-law.com

## SERVICE LIST

Counsel for Plaintiff:

Maurice Arcadier, Esq.
Arcadier, Biggie and Wood, PLLC
2815 West New Haven Avenue, Suite 304 Melbourne, Florida 32904
Telephone: (321) 953-5998
Email: elizabeth@wamalaw.com
Email: wood@wamalaw.com
Email: office@wamalaw.com

Counsel for Defendant:

Jennifer T. Williams
Florida Bar No. 0174203 jtwilliams@cozen.com
Susan N. Eisenberg
Florida Bar No. 600393 seisenberg@cozen.com
Cozen O'Connor
200 S. Biscayne Blvd. Suite 3000 Miami, Fla. 33131
Telephone: (305) 704-5941
Facsimile: (786) 220-0470